In the Matter of CHARLES T. MCCARTHY, an Attorney.— Report of referee confirmed, respondent disbarred, and his name stricken from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of WILLIAM MAURAN STOCKBRIDGE for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARGARET E. KNUDSON, Appellant, v. BERNARD RATKOWSKY, Respondent, Impleaded with Others, Defendants.— Motion for reargument denied upon the ground that the decision of this court was placed on the ground stated in the memorandum [See ante, p. 630]; and further upon the ground that the County Court obtained jurisdiction of the defendant by proper service of the summons. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GUSTAVE A. KONDOS, Respondent, v. MILDRED NOVELTY MANUFACTURING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals and for stay denied, without costs, and temporary stay vacated. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHARLES E. LORD and Another, Respondents, v. HARRY BERNSTEIN and Another, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants. PEPPARD REALTY COMPANY, INC., Appellant; A. GORDON MURRAY and Others, Respondents.— Motion for extension of time to perfect appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EDWIN C. MORSCH, Respondent, v. MORRIS S. SCHOENBAUM, Appellant, and JOSEPH SHAPIRO, Respondent.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHARLES A. MUNDE, Plaintiff, v. HENRIETTA E. MUNDE and Others, Defendants. GRACE HUMISTON, Appellant; BRENNAN, FLAMMAN & SIMPSON, Respondents.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HENRIETTA E. C. MUNDE, Plaintiff, v. CHARLES ALBERT MUNDE, Defendant. GRACE HUMISTON, Appellant; BRENNAN, FLAMMAN & SIMPSON, Respondents.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN A. ROGERS, Respondent, v. A. EDWARD THURBER and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants within ten days pay ten dollars costs, perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOSEPH YOCUS, as Administrator de Bonis Non, etc., of NIKODEMAS PETKEVIKE,